**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

SHARON CORDERMAN,

                Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

                Respondent

: No. 34 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.